

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NOS.
**WR-77,810-03**
**WR-77,810-05**
**WR-77,810-06**
**WR-77,810-07**
**WR-77,810-08**

**EX PARTE GLENN DIXON GREEN JR., Applicant**

**ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
CAUSE NOS. CR24783-A ,CR24784-A,  CR24785-A, CR24096-A, & CR24097-A
IN THE 253RD DISTRICT COURT FROM LIBERTY COUNTY**

*Per curiam*.

### O R D E R

Applicant was convicted five offenses of burglary of a habitation and sentenced to concurrent terms of 15 years' imprisonment.  Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court.  *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied time credit while released on parole.  Applicant has alleged facts that, if true, might entitle him to relief.  TEX. GOV'T CODE § 508.283(b) and (c); *Ex*

*parte Spann,* 132 S.W.3d 390 (Tex. Crim. App. 2004). Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d).

The trial court shall order the Texas Department of Criminal Justice's Office of the General Counsel to obtain a response from a person with knowledge of relevant facts. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to Applicant's claims. The trial court may make any other findings and conclusions that it deems appropriate.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: October 21, 2020

Do not publish